| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, Bar #282400 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: 559-487-5561/Fax: 559-487-5950 |

Attorney for Defendant
WILFREDO RAMIREZ-PAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:12-CR-00447 AWI-BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE HEARING AND ORDER |
| | ) THEREON |
| WILFREDO RAMIREZ-PAZ | ) |
| | ) Date: September 30, 2013 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Anthony W. Ishii |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Mia A. Giacomazzi, Assistant United States Attorney, counsel for plaintiff, and Jerome Price, Assistant Federal Defender, counsel for defendant, Wilfredo Ramirez-Paz, that the date for status conference in this matter may be continued to September 30, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is September 23, 2013 at 1:30 p.m. The new requested date is September 30, 2013 at 10:00 a.m.**

The continuance is requested due to the unavailability of defense counsel. Additionally, the parties are currently in settlement negotiations.

///

///

///

-1-

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by granting the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

Dated: September 13, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Mia A. Giacomazzi*
MIA A. GIACOMAZZI
Assistant United States Attorney
Attorney for Plaintiff

Dated:  September 13, 2013

HEATHER E. WILLIAMS
Federal Defender

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
WILFREDO RAMIREZ-PAZ

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of Justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   September 13, 2013

_____
SENIOR  DISTRICT  JUDGE